Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

**FILED**
**JUL 1 7 2009**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **Offender Name:** | Juanita Maria WATERS |
| **Docket Number:** | 1:06CR00071-003 |
| **Offender Address:** | San Bernardino, California (RRC) |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/28/2006 |
| **Original Offense:** | 21 USC 843(b) - Use of a Communication Facility to Facilitate the Commission of a Felony<br>(CLASS E FELONY) |
| **Original Sentence:** | 48 months BOP; 12 months TSR; $100 Special Assessment; mandatory drug testing. |
| **Special Conditions:** | No weapons; warrantless search and seizure; financial disclosure; substance abuse counseling and testing; paging/cellular phone restriction; no alcohol; mental health treatment; $25 co-payment; submit to DNA collection. |
| **Type of Supervision:** | Supervised Release |
| **Supervision to Commence:** | 08/05/2009 |
| **Assistant U.S. Attorney:** | Virna L. Santos    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Daniel L. Harralson (Appt)    **Telephone:** (559) 486-4560 |
| **Other Court Action:** | None |

Case 1:06-cr-00071-LJO   Document 73   Filed 07/17/09   Page 2 of 3


**RE:**   **Juanita Maria WATERS**
         **Docket Number: 1:06CR00071-003**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

Ms. Juanita Maria Waters to reside at and participate in a residential re-entry center (RRC) as a public law placement for a period of up to 180 days. Said placement shall commence at direction of the U.S. Probation Officer pursuant to 18 USC 3563(b)(11). Ms. Waters shall pay costs as determined by the Probation Officer based on her ability to pay.

**Justification:**   While in the Bureau of Prisons, the defendant submitted a relocation plan to live with her brother in the Central District of California and transfer of supervision was accepted by that office. However, as of July 14, 2009, that acceptance was rescinded because the brother she was going to live with lost his home and is now homeless himself. Other family in the Central District of California are not willing or able to support the defendant or have her live with them. According to the Central District, other family in Nevada and the Eastern District of California are also not in a position or unwilling to have the defendant reside with them. She is scheduled to be released from the residential re-entry center in San Bernardino on August 5, 2009, and has no employment or a place to live. Therefore, she has signed a Probation Form 49 waiver agreeing to placement in a residential re-entry center in the Eastern District of California up to 180 days until she can secure employment and a residence. She has been instructed by the probation officer in the Central District to report to Bakersfield or Fresno upon her release from custody for instruction and placement.

RE:   **Juanita Maria WATERS**
      **Docket Number:  1:06CR00071-003**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                               Respectfully submitted,

                               /s/ Julie R. Martin

                               **JULIE R. MARTIN**
                               **United States Probation Officer**
                               Telephone:  (661) 861-4392

**DATED:**   July 16, 2009
             Bakersfield, California
             JRM:dk

                          /s/ Thomas A. Burgess
**REVIEWED BY:**  _____

                          **THOMAS A. BURGESS**
                          **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X)   Modification approved as recommended.

( )   Modification not approved at this time.  Probation Officer to contact Court.

( )   Other:

_7-17-09_                          _[signature]_
**Date**                           **Signature of Judicial Officer**

cc:   United States Probation
      Virna L. Santos, Assistant United States Attorney
      Daniel L. Harralson, Appointed Counsel
      Defendant
      Court File